UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD A. ODELL,<br><br>  Plaintiff,<br><br>v.<br><br>WESCO INSURANCE COMPANY, et al.,<br><br>  Defendants. | Case No. 19-cv-05926-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF** |

Defendants' motion to dismiss is pending before the undersigned and oral argument on the motion is scheduled for November 14, 2019. (Dkt. No. 5.) Plaintiff has not consented to magistrate jurisdiction pursuant to 28 U.S.C. § 636(c), filed an opposition to Defendants' motion, or otherwise appeared in this action since Defendants removed this case from California state court on September 23, 2019. Accordingly, on or before November 8, 2019, Plaintiff shall respond in writing and explain why the Court should not reassign this matter to the district court and issue a report and recommendation to dismiss the action for failure to prosecute. The hearing on Defendants' motion to dismiss is vacated.

**IT IS SO ORDERED.**

Dated: November 4, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge